FILED
FEB 26

**IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Cr. No. CR08-15S |
| v. | : | |
| | : | Violations: 21 U.S.C. § 843(a)(3) |
| JOHN MOCCIA | : | |

**INFORMATION**

The United States Attorney for the District of Rhode Island charges that:

COUNT ONE

From on or about February 6, 2007 to on or about March 23, 2007, in the District of Rhode Island, the defendant, JOHN MOCCIA, did knowingly and intentionally acquire and obtain possession of fentanyl, a Schedule II controlled substance, by misrepresentation, fraud, forgery, deception, and subterfuge, in that the defendant, while employed as a registered nurse at the Veteran's Administration Hospital in Providence, Rhode Island, did alter and forge controlled substance administration records at the hospital in order to hide his acquisition of fentanyl,

in violation of 21 U.S.C. § 843(a)(3).

ROBERT CLARK CORRENTE
United States Attorney

ADI GOLDSTEIN
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Chief, Criminal Division

Dated: 2/26/08