AO 458 (Rev. 10/95) Appearance

# United States District Court

## *District of Rhode Island*

APPEARANCE

v.

CASE NUMBER: CR 08-15 S

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for John Moscia

I certify that I am admitted to practice in this court.

MARCH 3, 2008
*Date*

[signature]
*Signature*

Thomas G. Briody 4427
*Print Name* *Bar Number*

91 FRIENDSHIP ST
*Address*

PROVIDENCE, RI 02903
*City* *State* *Zip Code*

401-751-5151 401-421-0876
*Phone Number* *Fax Number*

This form was electronically produced by John Etchells and Richard Jones using Omniform Internet Publisher.