O AO 455 (Rev. 5/85) Waiver of Indictment

# UNITED STATES DISTRICT COURT

RECEIVED
FEB 26 2008
U.S. DISTRICT COURT
DISTRICT OF R.I.

DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA
V.
JOHN MOCCIA

WAIVER OF INDICTMENT

CR08-155

CASE NUMBER:

I, JOHN MOCCIA, the above named defendant, who is accused of acquiring or obtaining a controlled substance by misrepresentation, fraud, forgery, deception or subterfuge

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on MARCH 3, 2008 (Date) prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Defendant

Counsel for Defendant

Before
Judicial Officer
USMJ